**No. 49891.**—Protests 22340–K, etc., of Samuel Barotz & Co., Inc. (New York).

Opinion by OLIVER, P. J.   In view of stipulation of counsel that certain of the items consist of beads wholly or in chief value of glass similar to those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), some of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by the said trade agreement, and as set out in schedule attached to decision.

**No. 49892.**—Protests 935784–G, etc., of Royal Bead Novelty Co. (New York).

Opinion by OLIVER, P. J.   In view of stipulation of counsel that certain items consist of beads wholly or in chief value of glass similar to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867) the court held certain of the items as set out in schedule attached to decision to be dutiable at 35 percent under paragraph 1503 as claimed.

**No. 49893.**—Protest 54205–K of L. Bamberger & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise in question consists of synthetic resin articles similar to those involved in ·Abstract 41037. In accordance therewith the claim at 20 percent under paragraph 1558 was sustained.

**No. 49894.**—Protests 986342–G, etc., of Mandel Bros., Inc. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 22, 1944

**No. 49895.**—Petition 6409–R of M. De Rosa, Inc. (New York).

Opinion by TILSON, J.   It appeared from the record that this entry was selected by the importer and the examiner to be used as a test case and that the importer disclosed to the examiner all information in his possession.   On the record presented the court was of the opinion that the entry was made without any intention to defraud the revenue of the United States or conceal or misrepresent the facts. The petition was therefore granted.